JS-6

**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
**RAUL FERNANDEZ OCEGUERA AND MARIA DE LOS ANGELES MARCHAN ROMAN**

**BOWMAN AND BROOKE LLP**
Richard L. Stuhlbarg (SBN 180631)
Richard.stuhlbarg@bowmanandbrooke.com
Michael Chung (SBN 243204)
Michael.chung@bowmanandbrooke.com
970 W 190th Street Suite 700
Torrance CA 90502
Telephone: (310) 380-6504
Attorneys for Defendant,
**FCA US LLC**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAUL FERNANDEZ OCEGUERA AND MARIA DE LOS ANGELES MARCHAN ROMAN**<br><br>         Plaintiffs,<br>v.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>         Defendants. | **CASE NO : 5:19-cv-02276-JGB-KK**<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge Jesus G. Bernal |

-1-
ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: July 1, 2020

_____
HON. JESUS G. BERNAL
U.S. DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE